UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL A. NOEL,

    Plaintiff,

v.                                                  Case No. 3:23cv5908-LC-HTC

WARDEN, SANTA ROSA
CORRECTIONAL INSTITUTION,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, Michael A. Noel, a prisoner proceeding *pro se*, filed a document titled "Emergency Complaint" in the Middle District of Florida, Case No. 5:23-cv-172-SPC-PRL, ECF Doc. 1, which was transferred to this Court, ECF Docs. 4–5. The complaint was not accompanied by a motion to proceed *in forma pauperis* or a filing fee.

After screening the "complaint," the Court found it to be deficient and ordered Plaintiff to file an amended complaint and either pay the filing fee or submit a motion to proceed *in forma pauperis*. ECF Doc. 7 (March 16 Order). The March 16 Order expressly warned Plaintiff that his failure to comply with it could result in a recommendation of dismissal. *Id.* at 3. After Plaintiff failed to file any documents

or otherwise respond within the allotted time, the Court issued a show cause order, giving Plaintiff fourteen (14) days to comply with the March 16 Order or show cause why the case should not be dismissed. ECF Doc. 8. To date, however, Plaintiff has not filed an amended complaint, paid the fee, submitted an *in forma pauperis* application, or otherwise responded to any order of the Court.

Based on the foregoing, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 2nd day of May, 2023.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:23cv5908-LC-HTC

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.

Case No. 3:23cv5908-LC-HTC